Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIBBEAN BLUES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEIN DISTRIBUTION CORPORATION., ET AL., <br><br> Defendants. | Case No. 2:23-cv-04225-DSF-MAR <br> *Hon. Dale S. Fischer Presiding* <br><br> **NOTICE OF SETTLEMENT** |

*TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD*:

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in the action has been reached. Plaintiff anticipates the filing of a Stipulation of Dismissal of the action, with prejudice, within the next thirty (30) days of this filing, with each of the parties paying their own attorneys' fees and cost as incurred in this action. So owing, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

                                                   Respectfully submitted,

Dated: September 30, 2024     By:    /s/ *Stephen M. Doniger*
                                                          Stephen M. Doniger, Esq.
                                                          Kelsey M. Schultz, Esq.
                                                          DONIGER / BURROUGHS
                                                          *Attorneys for Plaintiff*